IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

Plaintiff

vs                                               CIVIL 97-2133CCC

DR. FLOR DE MARIA CACHO-BONILLA,
EXECUTIVE DIRECTOR OF ASPRI;
DR. WALDEMAR PEREZ-QUINTANA,
ASSOCIATED DIRECTOR OF ASPRI

Defendants

## ORDER

The Court has before it a Motion Requesting Amendment to Permanent Injunction filed by the United States of America on August 28, 2000 (**docket entry 44**) following the criminal conviction of defendant Flor de María Cacho-Bonilla and Waldemar Pérez-Quintana, Executive Director and Associate Director of Acción Social de Puerto Rico, Inc. (ASPRI) on August 18, 2000. Plaintiff avers that Ms. Alicia Ramírez was designated Interim Director by the Board of Directors of ASPRI until September 30, 2000. The amendments proposed seek specific remedial action. For the reasons stated at paragraphs 5-7 inclusive of the motion, having to do with allegations of negligence by the Board of Directors and the concern of the person chosen by it as Interim Director, the Interim Director of ASPRI, Alicia Ramírez has filed on September 11, 2000 (**docket entry 45**) "on behalf of Acción Social de Puerto Rico, Inc." a Motion Requesting Extension of Time of thirty days to retain counsel and to respond to the government's motion. She states that the motion to amend was not notified until the government was requested to fax a copy on the same day that the extension was requested.

AO 72A
(Rev.8/82)

CIVIL 97-2133CCC                                                2

      Having considered Ms. Alicia Ramírez' motion, she is GRANTED until October 5, 2000 to respond to the Motion Requesting Amendment to Permanent Injunction filed by the government.

      SO ORDERED.

      At San Juan, Puerto Rico, on September 25, 2000.

                                            CARMEN CONSUELO CEREZO
                                            United States District Judge

s/c: J. Muñoz
     J. Arroyo
     E. Rodríguez
     C. Echavarri