## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**                    October 10, 2000

**BEFORE HON. CARMEN CONSUELO CEREZO**
**United States District Judge**

UNITED STATES OF AMERICA

vs                                          CIVIL 97-2133CCC

DR. FLOR DE MARIA CACHO-BONILLA,
et al

By order of the Court the Notice of Appearance and Request for Extension of Time to Respond to the Government's Motion Requesting Amendment to Permanent Injunction (**docket entry 47**) is NOTED and GRANTED.  Parties to be notified.

ᴧ - Secretary

j/c : I. Muñoz
      J. Arroyo
      E. Rodriguez
      C. Echavarri
      I. Vigarion

OCT 1 2 2000