# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**                     August 20, 2001

**BEFORE HON. CARMEN CONSUELO CEREZO**
United States District Judge

UNITED STATES OF AMERICA

Plaintiff

vs                                             CIVIL 97-2133CCC

FLOR DE MARIA CACHO-BONILLA, et al

Defendants

    By order of the Court ASPRI's Request for Leave to Reply to the Government's Opposition to ASPRI's Request for Costs, Fees and Expenses Pursuant to the Equal Access to Justice Act (**docket entry 60**) is GRANTED. The reply shall be filed five (5) days after notice. Parties to be notified.

                                                                - Secretary

