## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**                **March 28, 2002**

**BEFORE HON. CARMEN CONSUELO CEREZO**
**United States District Judge**

UNITED STATES OF AMERICA

Plaintiff

vs                                    CIVIL 97-2133CCC

FLOR DE MARIA CACHO-BONILLA, et al

Defendants

_____

By order of the Court, the Informative Motion and Request for Elimination from the Record of the Names of Wrongly Designated Attorneys filed by attorneys Edgardo Rodríguez Quilichini and Christian M. Echavarri-Junco (**docket entry 62**) is NOTED and GRANTED. The Clerk of Court shall correct the docket sheet and delete both moving attorneys from it as they do not represent any party in this action.  The Court NOTES, however, that an attorney named Edgardo Rodríguez-Quilichini did make an appearance in this case on behalf of defendant Waldemar Pérez-Quintana while working as an Assistant Federal Public Defender (see docket entry 9).  The record reflects that he ceased representing said defendant, as another Assistant Federal Public Defender assumed his representation, although he never notified the Court of the termination of the representation.  This may partly explain the incorrect information contained in the docket.  Parties to be notified.

s/cs:to ( 5 )
attys/pts
in ICMS
APR - 9 2002

~ - Secretary