IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
Plaintiff

vs.                                              CIVIL 97-2133CCC

FLOR DE MARIA CACHO
Defendant

## O R D E R

Having considered the Motion Requesting Directive that Payment be Made filed by Acción Social de Puerto Rico, Inc. (ASPRI) on October 1, 2003 (**docket entry 66**) and the Notice to the Court filed by the United States on November 26, 2003 (**docket entry 68**), the Motion Requesting Directive is GRANTED. The United States will secure payment from the Health and Human Services of the monies owed to ASPRI. A final term of fifteen (15) days after notice of this Order is GRANTED to comply.

The Request for Additional Time contained in the Reply to Motion Requesting Directive filed by the United States on October 22, 2003 (**docket entry 67**) is MOOT.

SO ORDERED.

At San Juan, Puerto Rico, on December 11, 2003.

CARMEN CONSUELO CEREZO
United States District Judge