IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>vs<br><br>FLOR DE MARIA CACHO-BONILLA<br>EXECUTIVE DIRECTOR OF ASPRI;<br>DR. WALDEMAR PEREZ-QUINTANA<br>ASSOCIATED DIRECTOR OF ASPRI<br><br>Defendants | CIVIL 97-2133CCC |

# O R D E R

Having considered that plaintiff's Motion Regarding Order filed onFebruary 11, 2004 (**docket entry 71**) requesting an additional term of fifteen days to comply with the Court's Order entered on December 15, 2003 (see docket entry 69) is MOOT, and that plaintiff has not complied with that timeframe, the Motion Requesting Order to Show Cause filed by Acción Social de Puerto Rico, Inc. (ASPRI) on March 1,2004 (**docket entry 72**) is GRANTED. Plaintiff is ORDERED TO SHOW CAUSE within ten (10) days after notice why it should not be sanctioned for failing to timely comply with the Court's order by its own requested deadline.

SO ORDERED.

At San Juan, Puerto Rico, on March 17, 2004.

S/CARMEN CONSUELO CEREZO
United States District Judge