IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>vs<br><br>FLOR DE MARIA CACHO-BONILLA, EXECUTIVE DIRECTOR OF ASPRI;<br>DR. WALDEMAR PEREZ-QUINTANA, ASSOCIATED DIRECTOR OF ASPRI<br><br>Defendants | CIVIL 97-2133CCC |

**O R D E R**

Having considered plaintiff's Motion Requesting Order filed on February 11, 2004 (**docket entry 70**), the same is GRANTED. The judicial administrators Zayas Morazzanni & Co. shall return the monies to the municipalities as follows:

| | |
|---|---|
| San Sebastián | $   750.00 |
| Cidra | 1500.00 |
| Río Grande | 6,000.00 |
| Las Piedras | 1500.00 |
| Rincón | 3000.00 |

The Motion in Compliance with Court Order filed on March 26, 2 004 (**docket entry 74**) is NOTED.

SO ORDERED.

At San Juan, Puerto Rico, on August 12, 2004.

S/CARMEN CONSUELO CEREZO
United States District Judge